Joseph Shackleton, Respondent, v. The Wain-

wright Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam*.